Peter S. Sarelas, Plaintiff-Appellant, v. Phillip S. Makin, alias Phillip S. Marinacos; and Basil Christoforacos, alias Hristos Cokinis; and John C. Gekas, Defendants-Appellees.

Gen. No. 48,391.

First District, First Division.

October 16, 1961.

Rehearing denied November 20, 1961.

Peter S. Sare-

las of Chicago, plaintiff-appellant, Pro Se; John C. Gekas of Chicago, defendant-appellee, Pro Se (Gerald A. Serritella, of counsel). Opinion by MR. JUSTICE BURMAN. Not to be published in full.